# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GREGORY CHRISTY,<br><br>Plaintiff,<br><br>vs.<br><br>MKS INSTRUMENTS, INC., et al.,<br><br>Defendants. | Case No. 8:17-cv-01569-CJC (JDEx)<br><br>PROTECTIVE ORDER PURSUANT TO STIPULATION (Dkt. 57) |

Having reviewed the Parties' Stipulation for Protective Order (Dkt. 57), and good cause appearing therefor, the Court hereby grants and enters the Stipulated Protective Order (Dkt. 57) as an order of the Court.

DATED: February 07, 2019

_____
JOHN D. EARLY
United States Magistrate Judge