**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHRISTY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MKS INSTRUMENTS, INC., a Massachusetts Corporation; NEWPORT CORPORATION, a Nevada Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01569 CJC (JCGx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: July 10, 2017 |

Having properly read and considered the Parties' Joint Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED**, that the Joint Stipulation of Dismissal with Prejudice is **GRANTED**.

SO ORDERED, this 30th day of May, 2019.

_____
Honorable Judge Cormac J. Carney
United Stated District Judge
Central District of California